UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 17-CR-58

KYLE HERWALD,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO ADJOURN**
**CHANGE OF PLEA HEARING**

Defendant Kyle Herwald, by counsel, has requested an adjournment to allow resolution of underlying state charges before he proceeds to enter a plea in this case. The government does not oppose the motion. Although the delay will move the trial beyond the speedy trial date, the court is satisfied that the interests of the parties in resolving the case and reaching a global settlement outweigh the interests of either the defendant or the public in a speedy trial. Accordingly, the motion is granted.

The Clerk is directed to reschedule the change of plea hearing as requested.

**SO ORDERED** this  11th  day of September, 2017.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court