UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            Case No. 17-CR-58

KYLE D. HERWALD,

      Defendants.

## ORDER DENYING MOTION TO REDUCE SENTENCE

Kyle Herwald, who was sentenced on January 26, 2018, for Conspiracy to Distribute 500 Grams or More of Methamphetamine between February 2016 and March 1, 2017 has filed a motion for sentence reduction under the First Step Act. Because Herwald has already received the benefit of the reductions in the Guideline provisions applicable to his crime, he is not entitled to relief under that act. Accordingly, his motion for reduction of his sentence must be and hereby is denied.

**SO ORDERED** this  22nd  day of February, 2019.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court